IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRETT HENDRICKSON,

        Plaintiff,

v.                                 No. 18-CV-1119 JHR-LF

AFSCME COUNCIL 18 and
NEW MEXICO HUMAN SERVICES
DEPARTMENT,

        Defendants.

## ENTRY OF APPEARANCE

COME NOW the law firms of YOUTZ & VALDEZ, P.C. (Shane Youtz, Stephen Curtice, James Montalbano), and ALTSHULER BERZON, LLP (Scott Kronland, Eileen Goldsmith), and hereby enter their appearances as counsel of record for Defendant AFSCME Council 18 in the above-captioned case.

        Respectfully submitted,

        **YOUTZ & VALDEZ, P.C.**

        */s/ Shane Youtz*
        Shane C. Youtz
        shane@youtzvaldez.com
        Stephen Curtice
        stephen@youtzvaldez.com
        James A. Montalbano
        james@youtzvaldez.com
        900 Gold Avenue S.W.
        Albuquerque, NM 87102
        (505) 244-1200 – Telephone

        Scott Kronland (*to be admitted pro hac vice*)
        skronland@altshulerberzon.com
        Eileen Goldsmith (*to be admitted pro hac vice*)

egoldsmith@altshulerberzon.com
ALTSHULER BERZON LLP
177 Post Street Suite 300
San Francisco, CA 94108
(415) 421-7151

*Attorneys for Defendant AFSCME Council 18*

I hereby certify that a true and correct copy of the foregoing pleading was electronically filed and served through the CM/ECF system this 16th day of January, 2019, on all registered parties.

Brian K. Kelsey
Jeffrey M. Schwab
Liberty Justice Center
190 South LaSalle Street, Suite 1500
Chicago, Illinois 60603
jschwab@libertyjusticecenter.org
bkelsey@libertyjusticecenter.org

Patrick J. Rogers
Patrick J. Rogers, LLC
20 First Plaza, Suite 725
Albuquerque, NM 87102
patrogers@patrogerslaw.com

*Attorneys for Brett Hendrickson*

     */s/ Shane Youtz*
Shane Youtz