# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**BRETT HENDRICKSON,**

      **Plaintiff,**

v.                           No. 18-CV-1119 JHR-LF

**AFSCME COUNCIL 18 and**
**NEW MEXICO HUMAN SERVICES**
**DEPARTMENT,**

      **Defendants.**

## NOTICE OF AGREED EXTENSION OF TIME

Defendant AFSCME Council 18, by and through the undersigned counsel, pursuant to Local Rule 7.4(a), hereby gives notice of an agreed extension of time to March 1, 2019, for Defendant AFSCME Council 18 to file an Answer or other responsive pleading to Plaintiff's Complaint Seeking Declaratory Relief, Injunctive Relief, and Damages for Deprivation of First Amendment Rights (Doc. No. 1).

                                                           Respectfully submitted,

                                                           **YOUTZ & VALDEZ, P.C.**

                                                           _/s/ Shane Youtz_
                                                           Shane C. Youtz
                                                           shane@youtzvaldez.com
                                                           Stephen Curtice
                                                           stephen@youtzvaldez.com
                                                           James A. Montalbano
                                                           james@youtzvaldez.com
                                                           900 Gold Avenue S.W.
                                                           Albuquerque, NM 87102
                                                           (505) 244-1200 – Telephone

                                                           Scott Kronland (_to be admitted pro hac vice_)
                                                           skronland@altshulerberzon.com

Eileen Goldsmith (*to be admitted pro hac vice*)
egoldsmith@altshulerberzon.com
ALTSHULER BERZON LLP
177 Post Street Suite 300
San Francisco, CA 94108
(415) 421-7151

*Attorneys for Defendant AFSCME Council 18*

I hereby certify that a true and correct copy of the foregoing pleading was electronically filed and served through the CM/ECF system this 16th day of January, 2019, on all registered parties.

Brian K. Kelsey
Jeffrey M. Schwab
Liberty Justice Center
190 South LaSalle Street, Suite 1500
Chicago, Illinois 60603
jschwab@libertyjusticecenter.org
bkelsey@libertyjusticecenter.org

Patrick J. Rogers
Patrick J. Rogers, LLC
20 First Plaza, Suite 725
Albuquerque, NM 87102
patrogers@patrogerslaw.com

*Attorneys for Brett Hendrickson*

    */s/ Shane Youtz*
Shane Youtz