# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**BRETT HENDRICKSON,**

      Plaintiff,

v.                      No. 18-CV-1119 JHR-LF

**AFSCME COUNCIL 18 and
NEW MEXICO HUMAN SERVICES
DEPARTMENT,**

      Defendants.

## NOTICE OF CERTIFICATION OF GOOD STANDING

      COMES NOW Shane Youtz (YOUTZ & VALDEZ, P.C.), counsel for Defendant AFSCME Council 18, and pursuant to D.N.M.LR-CIV. 83.3 hereby files notice and certifies that attorneys Eileen Goldsmith and Scott Kronland are in good standing with all bars to which they are admitted. The Affidavits of Eileen Goldsmith and Scott Kronland are attached hereto in support of this Notice.

      Respectfully submitted,

      **YOUTZ & VALDEZ, P.C.**

         */s/ Shane Youtz*
      Shane C. Youtz
      shane@youtzvaldez.com
      Stephen Curtice
      stephen@youtzvaldez.com
      James A. Montalbano
      james@youtzvaldez.com
      900 Gold Avenue S.W.
      Albuquerque, NM 87102
      (505) 244-1200 – Telephone

      Scott Kronland (*to be admitted pro hac vice*)
      skronland@altshulerberzon.com

Eileen Goldsmith (*to be admitted pro hac vice*)
egoldsmith@altshulerberzon.com
ALTSHULER BERZON LLP
177 Post Street Suite 300
San Francisco, CA 94108
(415) 421-7151

*Attorneys for Defendant AFSCME Council 18*

I hereby certify that a true and correct copy of the foregoing pleading was electronically filed and served through the CM/ECF system this 17th day of January, 2019, on all registered parties.

Brian K. Kelsey
Jeffrey M. Schwab
Liberty Justice Center
190 South LaSalle Street, Suite 1500
Chicago, Illinois 60603
jschwab@libertyjusticecenter.org
bkelsey@libertyjusticecenter.org

Patrick J. Rogers
Patrick J. Rogers, LLC
20 First Plaza, Suite 725
Albuquerque, NM 87102
patrogers@patrogerslaw.com

*Attorneys for Brett Hendrickson*

      */s/ Shane Youtz*
Shane Youtz

2