IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRETT HENDRICKSON,

    Plaintiff,

v.                                                                  No. 18-CV-1119 JHR-LF

AFSCME COUNCIL 18 and
NEW MEXICO HUMAN SERVICES
DEPARTMENT,

    Defendants.

## AFFIDAVIT OF EILEEN B. GOLDSMITH

Eileen B. Goldsmith, being duly sworn, hereby states under oath:

1. I am an attorney admitted to practice in the State of California (SBN 218029).

2. I attended the Yale Law School and received a J.D. degree from that institution in 2000.

3. I am admitted to practice before the following courts:

    U.S. Court of Appeals for the Ninth Circuit
    Central District of California
    Eastern District of California
    Northern District of California

4. I am a member in good standing in all bars of which I am a member, and I have no pending disciplinary proceedings in any jurisdiction against me.

5. I am familiar with and will abide by the Local Rules for this United States District Court for the District of New Mexico.

6. The law firm of Youtz & Valdez, P.C., is co-counsel with me in this matter and they are located within the State of New Mexico. Shane C. Youtz, Stephen Curtice and James Montalbano are the attorneys from that firm handling the file and all of them are admitted to the bar of this United States District Court for the District of New Mexico.

_____  1/17/19
Eileen B. Goldsmith

1

STATE OF _____ )
                        )
COUNTY OF _____ )

Subscribed and sworn to before me the undersigned authority on this the \_\_\_\_ day of _____, 2019.

_____
Notary Public

My commission expires: _____    *Please see attached.*

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**          **GOVERNMENT CODE § 8202**

☐ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

_____      _____
*Signature of Document Signer No. 1*      *Signature of Document Signer No. 2 (if any)*

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of San Francisco

Subscribed and sworn to (or affirmed) before me on this 17th day of January, 2019,
by   *Date*           *Month*           *Year*
(1) Eileen B. Goldsmith

(and (2) _____ ),
*Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
*Signature of Notary Public*

SALLY MENDEZ AREVALO
Notary Public – California
San Francisco County
Commission # 2186520
My Comm. Expires Mar 13, 2021

*Seal*
*Place Notary Seal Above*

────────────────────── **OPTIONAL** ──────────────────────

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____ Document Date: _____

Number of Pages: _____ Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5910