IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**BRETT HENDRICKSON,**

    **Plaintiff,**

vs.                                    Cause No.: 1:18-CV-01119 RB/LF

**AFSCME COUNCIL 18 and NEW
MEXICO HUMAN SERVICES
DEPARTMENT,**

    **Defendants.**

## ENTRY OF APPEARANCE

Park & Associates, LLC (Lawrence M. Marcus) hereby enters his appearance on behalf of Defendant New Mexico Human Services Department, in the above-styled and numbered cause of action.

Respectfully Submitted,

PARK & ASSOCIATES, LLC

  /s/ Lawrence M. Marcus
Lawrence M. Marcus
Alfred A. Park
*Attorney for Defendant NMHSD*
3840 Masthead Street, N.E.
Albuquerque, NM  87109
(505) 246-2805

I hereby certify a true and correct copy of the above pleading was served by electronic mail on this __22nd__ day of February 2019 to the following:

Patrick J. Rogers
*Patrick J. Rogers, LLC*
20 First Plaza, Suite 725
Albuquerque, NM 87102
patrogers@patrogerslaw.com

Brian K. Kelsey
Jeffrey M. Schwab
Liberty Justice Center
190 South LaSalle Street, Suite 1500
Chicago, IL 60603
jschwab@libertyjusticecenter.org
bkelsey@libertyjusticecenter.org


/s/ Lawrence M. Marcus
Lawrence M. Marcus