IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**BRETT HENDRICKSON,**

    **Plaintiff,**

v.                                                                              NO. 1:18-CV-01119-RB

**AFSCME COUNCIL 18 and NEW
MEXICO HUMAN SERVICES
DEPARTMENT,**

    **Defendants.**

## NOTICE OF AGREED EXTENSION OF TIME

Plaintiff, by the undersigned counsel, pursuant to Local Rule 7.4(a), hereby gives notice of an agreed extension of time until April 5, 2019, for Plaintiff to file a Response to Defendant AFSCME Coucil 18's Motion to Dismiss Count II of the Complaint, and an agreed extension of Time for Plaintiff to file a Reply until April 26 [Doc. 17].

        Respectfully Submitted,

        */s/ Patrick J. Rogers*
        Patrick J. Rogers
        Patrick J. Rogers, LLC
        20 First Plaza
        Suite 725
        Albuquerque, NM 87102
        505-938-3335
        patrogers@patrogerslaw.com

        -and-

        */s/ Brian K. Kelsey*
        Brian K. Kelsey
        Tennessee Bar No. 022874
        Liberty Justice Center
        190 South LaSalle Street, Suite 1500
        Chicago, Illinois 60603
        Telephone (312) 263-7668
        Facsimile (312) 263-7702
        bkelsey@libertyjusticecenter.org

        *Attorneys for Brett Hendrickson*

I hereby certify that the foregoing pleading was filed electronically and served through the CM/ECF system this 15th day of March, 2019, which causes all parties of record to be served.

*/s/ Patrick J. Rogers*