**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

BRETT HENDRICKSON,

        Plaintiff,

v.                                        No.  18-CV-1119 RB-LF

AFSCME COUNCIL 18 and
NEW MEXICO HUMAN SERVICES
DEPARTMENT,

        Defendants.

**NOTICE OF CERTIFICATION OF GOOD STANDING**

COMES NOW Shane Youtz (YOUTZ & VALDEZ, P.C.), counsel for Defendant

AFSCME Council 18, and pursuant to D.N.M.LR-CIV. 83.3 hereby files notice and certifies that

attorney Stefanie Wilson is in good standing with all bars to which she is admitted.  The

Affidavit of Stefanie Wilson is attached hereto in support of this Notice.

                      Respectfully submitted,

                      **YOUTZ & VALDEZ, P.C.**

                              */s/ Shane Youtz*
                      Shane C. Youtz
                      shane@youtzvaldez.com
                      Stephen Curtice
                      stephen@youtzvaldez.com
                      James A. Montalbano
                      james@youtzvaldez.com
                      900 Gold Avenue S.W.
                      Albuquerque, NM 87102
                      (505) 244-1200 – Telephone

                      Scott Kronland (*admitted pro hac vice*)
                      skronland@altshulerberzon.com
                      Eileen Goldsmith (*admitted pro hac vice*)
                      egoldsmith@altshulerberzon.com

Stefanie Wilson (*to be admitted pro hac vice*)
swilson@altshulerberzon.com
ALTSHULER BERZON LLP
177 Post Street Suite 300
San Francisco, CA 94108
(415) 421-7151

*Attorneys for Defendant AFSCME Council 18*

I hereby certify that a true and correct copy of the foregoing pleading was electronically filed and served through the CM/ECF system this 26th day of March, 2019, on all registered parties.

Brian K. Kelsey
Jeffrey M. Schwab
Liberty Justice Center
190 South LaSalle Street, Suite 1500
Chicago, Illinois 60603
jschwab@libertyjusticecenter.org
bkelsey@libertyjusticecenter.org

Patrick J. Rogers
Patrick J. Rogers, LLC
20 First Plaza, Suite 725
Albuquerque, NM 87102
patrogers@patrogerslaw.com

*Attorneys for Brett Hendrickson*

Alfred A. Park
apark@parklawnm.com
Lawrence M. Marcus
lmarcus@parklawnm.com
Park & Associates, LLC
3840 Masthead Street, N.E.
Albuquerque, NM 87109
*Attorneys for Defendant NMHSD*

_____/s/ Shane Youtz_____
Shane Youtz