## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

**BRETT HENDRICKSON,**

      **Plaintiff,**

**v.**                                        **NO. 1:18-cv-01119-RB**

**AFSCME COUNCIL 18 and NEW**
**MEXICO HUMAN SERVICES**
**DEPARTMENT,**

      **Defendants.**

### NOTICE AND CERTIFICATE OF GOOD STANDING

Pursuant to D.N.M. LR 83.3, I hereby certify that co-counsel in this matter, Reilly Stephens, is an attorney in good standing with the State Bar of Maryland.  Contact information for co-counsel is listed on the Association of Counsel filed in this matter.

Dated:  May 22, 2019.

           Respectfully Submitted,


           */s/ Patrick J. Rogers*
           Patrick J. Rogers
           Patrick J. Rogers, LLC
           20 First Plaza Center NW, Suite 725
           Albuquerque, NM 87102
           505-938-3335
           patrogers@patrogerslaw.com

           *Attorney for Brett Hendrickson*

I certify that the foregoing was filed through to Court's CM-ECF filing system on May 22, 2019, which causes all counsel of record to be served electronically.

*/s/  Patrick J. Rogers*
Patrick J. Rogers