IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRETT HENDRICKSON,

    Plaintiff,

v.                                                                        No. 18-CV-1119 RB-LF

AFSCME COUNCIL 18; MICHELLE
LUJAN GRISHAM, in her official
capacity as Governor of New Mexico; and
HECTOR BALDERAS, in his official
capacity as Attorney General of New
Mexico,

    Defendants.

## NOTICE OF COMPLETION OF BRIEFING

Defendant AFSCME Council 18, by and through the undersigned counsel, pursuant to Local Rule 7.4(e), hereby gives notice that briefing is now complete on its Motion for Summary Judgment (Doc. No. 32).

Respectfully submitted,

**YOUTZ & VALDEZ, P.C.**

      */s/ Shane Youtz*
Shane C. Youtz
shane@youtzvaldez.com
Stephen Curtice
stephen@youtzvaldez.com
James A. Montalbano
james@youtzvaldez.com
900 Gold Avenue S.W.
Albuquerque, NM 87102
(505) 244-1200 – Telephone

Scott Kronland (*admitted pro hac vice*)
skronland@altshulerberzon.com
Eileen Goldsmith (*admitted pro hac vice*)

egoldsmith@altshulerberzon.com
Stefanie Wilson (admitted pro hac vice)
swilson@altshulerberzon.com
ALTSHULER BERZON LLP
177 Post Street Suite 300
San Francisco, CA 94108
(415) 421-7151

*Attorneys for Defendant AFSCME Council 18*

I hereby certify that a true and correct copy of the foregoing pleading was electronically filed and served through the CM/ECF system this 2nd day of August, 2019, on all registered parties.

Brian K. Kelsey
Jeffrey M. Schwab
Liberty Justice Center
190 South LaSalle Street, Suite 1500
Chicago, Illinois 60603
jschwab@libertyjusticecenter.org
bkelsey@libertyjusticecenter.org

Patrick J. Rogers
Patrick J. Rogers, LLC
20 First Plaza, Suite 725
Albuquerque, NM 87102
patrogers@patrogerslaw.com

*Attorneys for Brett Hendrickson*

Alfred A. Park
apark@parklawnm.com
Lawrence M. Marcus
lmarcus@parklawnm.com
Park & Associates, LLC
3840 Masthead Street, N.E.
Albuquerque, NM 87109
*Attorneys for Defendants Lujan Grisham & Balderas*

    */s/ Shane Youtz*
Shane Youtz