IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

BRETT HENDRICKSON,

    Plaintiff,

v.                                    NO. 1:18-CV-01119-RB-LF

AFSCME COUNCIL 18; MICHELLE
LUJAN GRISHAM, in her official
capacity as Governor of New Mexico; and
HECTOR BALDERAS, in his official
capacity as Attorney General of
New Mexico,

    Defendants.

## NOTICE OF COMPLETION OF BRIEFING

Plaintiff Brett Hendrickson, by the undersigned counsel, pursuant to Local Rule 7.4(e), hereby gives notice that briefing is now complete on Plaintiff's Motion for Summary Judgment (Doc. 33).

                                       Respectfully Submitted,

                                       */s/ Patrick J. Rogers*
                                       Patrick J. Rogers
                                       Patrick J. Rogers, LLC
                                       20 First Plaza
                                       Suite 725
                                       Albuquerque, NM 87102
                                       505-938-3335
                                       patrogers@patrogerslaw.com

                                         -and-

<table>
<tr><td>

I hereby certify that the foregoing pleading was filed electronically and served through the CM/ECF system this 3rd day of August, 2019, which causes all parties of record to be served.

*/s/ Patrick J. Rogers*

</td><td>

*/s/ Brian K. Kelsey*
Brian K. Kelsey (*Pro Hac Vice*)
Jeffrey M. Schwab (*Pro Hac Vice*)
Reilly Stephens (*Pro Hac Vice*)
Liberty Justice Center
190 South LaSalle Street, Suite 1500
Chicago, Illinois 60603
Telephone (312) 263-7668
Facsimile (312) 263-7702
bkelsey@libertyjusticecenter.org
jschwab@libertyjusticecenter.org
rstephens@libertyjusticecenter.org

*Attorneys for Brett Hendrickson*

</td></tr>
</table>