IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRETT HENDRICKSON,

    Plaintiff,

vs.                      Cause No.: 1:18-CV-01119 RB/LF

AFSCME COUNCIL 18; MICHELLE LUJAN
GRISHAM, in her official capacity as
Governor of New Mexico; and HECTOR
BALDERAS, in his official capacity as Attorney
General of New Mexico,

    Defendants.

## NOTICE OF COMPLETION OF BRIEFING ON DEFENDANTS MICHELLE LUJAN GRISHAM AND HECTOR BALDERAS' MOTION TO DISMISS

Defendants, Michelle Lujan Grisham and Hector Balderas, by and through their counsel of record, Park & Associates, LLC (Alfred A. Park and Lawrence M. Marcus), hereby gives notice that briefing is complete on their Motion to Dismiss filed May 31, 2019 [Doc. 37]. Plaintiff's Opposition to Defendants Michelle Lujan Grisham and Hector Balderas' Motion to Dismiss was filed on June 27, 2019 [Doc. 43]. Defendants Michelle Lujan Grisham and Hector Balderas' Reply Brief in Support of Their Motion to Dismiss was filed on August 1, 2019 [Doc 46].

                Respectfully Submitted,

                PARK & ASSOCIATES, LLC

                /s/ Lawrence M. Marcus
                Lawrence M. Marcus
                Alfred A. Park
                *Attorney for Defendants Grisham and Balderas*
                3840 Masthead Street, N.E.
                Albuquerque, NM 87109
                (505) 246-2805

I hereby certify a true and correct copy
of the above pleading was served by the Court's
CM/ECF system on this  2nd  day of
August 2019 to all counsel of record

/s/ Lawrence M. Marcus
Lawrence M. Marcus