# EXHIBIT A

(ORDER LIST: 589 U.S.)

MONDAY, OCTOBER 7, 2019

APPEALS -- SUMMARY DISPOSITIONS

| | | |
|---|---|---|
| 19-70 | ) | HOUSEHOLDER, LARRY, ET AL. V. A. PHILIP RANDOLPH INST., ET AL. |
| | ) | |
| 19-110 | ) | CHABOT, STEVE, ET AL. V. A. PHILIP RANDOLPH INST., ET AL. |

The motion of Stephen M. Shapiro for leave to file a brief as *amicus curiae* is granted. The judgment is vacated, and the cases are remanded to the United States District Court for the Southern District of Ohio for further consideration in light of *Rucho* v. *Common Cause*, 588 U.S. ___ (2019).

CERTIORARI -- SUMMARY DISPOSITIONS

18-1258    ENCLARITY INC., ET AL. V. FULTON, MATTHEW N.

The petition for a writ of certiorari is granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Sixth Circuit for further consideration in light of *PDR Network, LLC* v. *Carlton & Harris Chiropractic, Inc.*, 588 U. S. ___ (2019).

18-7572    WEBSTER, VERNON M. V. UNITED STATES

The motion of petitioner for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Eighth Circuit for further consideration in light of the decision of the Supreme Court of Wisconsin in *United States* v. *Franklin*, 2019 WI 64, 387 Wis. 2d 259, 928 N. W. 2d 545 (2019).

18-8737    BACHILLER, MARIO V. UNITED STATES

18-9582    IN RE E. EDWARD ZIMMERMANN

18-9663    IN RE LORCAN KILROY

18-9669    CHODOSH, FLOYD M., ET AL. V. PALM BEACH PARK ASSOCIATION

18-9679    HARVEY, GARY R., ET UX. V. UNITED STATES

18-9750    CURRY, JOHN G. V. LOPEZ, ASSOC. JUDGE, ET AL.

19-5052    GREINER, JOHN P. V. MACOMB COUNTY, MI, ET AL.

19-5206    SAWICKY, CHRISTINE V. AMC NETWORKS INC.

The motions of petitioners for leave to proceed *in forma pauperis* are denied. Petitioners are allowed until October 28, 2019, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

19-5282    BAXTER, JAMES O. V. UNITED STATES

The motion of petitioner for leave to proceed *in forma pauperis* is denied. Petitioner is allowed until October 28, 2019, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court. Justice Kavanaugh took no part in the consideration or decision of this motion.

19-5329    WILLIAMS, JAMES L. V. SAMUELS, JAMAI F.

19-5512    GREEN, GREGORY V. BECKWITH, WARDEN

The motions of petitioners for leave to proceed *in forma pauperis* are denied. Petitioners are allowed until October 28, 2019, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

### CERTIORARI DENIED

18-735    MARICOPA COUNTY, AZ V. MELENDRES, MANUEL, ET AL.

| | | |
|---|---|---|
| 18-893 | ) | WV HOUSE OF DELEGATES V. WV, EX REL. WORKMAN, ET AL. |
| 18-1189 | ) | CARMICHAEL, MITCH, ET AL. V. WV, EX REL. WORKMAN |

18-1043    ZILM, ADAM C. V. OKLAHOMA

18-1067    AMBAC ASSURANCE CORPORATION V. U.S. BANK NATIONAL ASSOCIATION

18-1069    DIEBOLD FOUNDATION, INC. V. CIR

18-1085    MARTINEZ-DE RYAN, ROCIO A. V. BARR, ATT'Y GEN.

18-1111    KAUFMAN, JAMES J. V. WALKER, SCOTT, ET AL.

18-1154    INTEGRITY STAFFING SOLUTIONS V. BUSK, JESSE, ET AL.

18-1170    XITRONIX CORPORATION V. KLA-TENCOR CORPORATION

18-1182    OGLE, SCOTT V. TEXAS

18-1210    CHRONISTER, SHERIFF V. FREYRE, DORIS, ET AL.

18-1219    ILLINOIS V. BONILLA, DERRICK

18-1230    ZAMUDIO, JUAN V. UNITED STATES

18-1240    KERPEN, PHIL, ET AL. V. MWAA, ET AL.

18-1245    OGLALA SIOUX TRIBE, ET AL. V. FLEMING, LISA, ET AL.

18-1267    LEEMAN, ANGELA R. V. ARIZONA

18-1280    ACORDA THERAPEUTICS, INC. V. ROXANE LABORATORIES, ET AL.

18-1283    MONTANO, JOSEPH V. TEXAS

18-1285    HYATT, GILBERT P., ET AL. V. IANCU, ANDREI

18-1298    WOODWARD, MARIO D. V. ALABAMA

18-1299    GILLISPIE, MARIE V. REGIONALCARE HOSPITAL PARTNERS

18-1308    KPMG, LLP V. SINGING RIVER HEALTH SYSTEM

18-1341    ROBERTSON, JEFFREY A. V. USDC ED PA, ET AL.

18-1344    THOMAS, LaMARCUS V. UNITED STATES

18-1350    MARIA S. V. GARZA, RAMIRO

18-1353    McCABE, KEVIN, ET AL. V. LIFETIME ENTERTAINMENT SERVICES

18-1354    C. P., ET AL. V. C. A.

18-1355    KRAMER, EDWARD V. VITTI, ANTONIO, ET AL.

```
18-1357        CUMMINGS, RANDY, ET AL. V. BUSSEY, CELINA, ET AL.

18-1362        HALL, JAMES V. MERRILL, AL SEC. OF STATE

18-1366    )   ESTATE OF ADRIANO ROMAN V. NEWARK, NJ, ET AL.
           )
18-1372    )   NEWARK, NJ V. ESTATE OF ADRIANO ROMAN

18-1367        NORFOLK SOUTHERN RAILWAY CO. V. SUMNER, MARK A.

18-1369        ANDERSON, JAMES B. V. WASHINGTON

18-1373        RECHTZIGEL, GENE V. APPLE VALLEY, MN

18-1374        JAYE, CHRIS A. V. OAK KNOLL VILLAGE CONDO., ET AL.

18-1375        GREENE, DOUGLAS W. V. PILOTS ASSOC., ET AL.

18-1376        IRAZU, FERNANDO G. V. MARGARITA O.

18-1380        GANNON, THOMAS P. V. RIVERWATCH CONDOMINIUM, ET AL.

18-1382        AMERICAN EAGLE EXPRESS, INC. V. EVER BEDOYA, ET AL.

18-1384        BRADLEY, JOSEPH D. V. ALCO OIL & GAS CO., ET AL.

18-1387        LLOYD, SUSAN V. DOHERTY, JUDGE, ET AL.

18-1388        LLOYD, SUSAN V. STREETSBORO, OH, ET AL.

18-1389        FINANCIAL OVERSIGHT BOARD V. ANDALUSIAN GLOBAL CO., ET AL.

18-1393        WALTERS, WILLIAM T. V. UNITED STATES

18-1394        WATERFRONT CONSTRUCTION, ET AL. V. HEARD CONSTRUCTION, INC.

18-1395        FRATERNAL ORDER OF POLICE V. ILLINOIS

18-1399        DAMON, GEOFFREY P. V. CINCINNATI BAR ASSOCIATION

18-1404        WALLACE, DORSEY E. V. WALLACE, GARY E., ET AL.

18-1406        ROEBUCK BETHELL, KRISTIN V. STEPHENS, BRYAN, ET AL.

18-1407        BARROW, ANITA M. V. WILLIS, B. G., ET AL.

18-1409        EMAMI, SAIED V. BRIDENSTINE, ADM'R, NASA, ET AL.

18-1410        JACKSON, JAMES A. V. LAWSON, THOMAS

18-1411        ISAACS, JEFFREY V. TRUSTEES OF DARTMOUTH, ET AL.

18-1412        PORTER, LEWIS-JAY V. TEXAS

18-1413        WOODRUFF, BRANDON D. V. DAVIS, DIR., TX DCJ
```

| | |
|---|---|
| 18-1414 | WILDHABER, GIULIANO S. V. EFV, ET AL. |
| 18-1415 | ASARCO LLC V. UNITED STEELWORKERS |
| 18-1416 | BEREKI, ADAM V. HUMPHREYS, GARY, ET UX. |
| 18-1417 | YANKTON COUNTY, SD V. UNITED STATES |
| 18-1418 | SENJU PHARMACEUTICAL CO., ET AL. V. AKORN, INC. |
| 18-1422 | MICHAEL B. V. TN. DEPT. OF CHILDREN'S SERVICES |
| 18-1426 | COLEMAN, SAMANTHA L. V. SCHNEIDER ELECTRIC USA, INC. |
| 18-1427 | LAVENTURE, MARIE, ET AL. V. UNITED NATIONS, ET AL. |
| 18-1428 | GATEHOUSE MEDIA, ET AL. V. NEW YORK, ET AL. |
| 18-1429 | STAHL YORK AVE. CO., LLC V. NEW YORK, NY, ET AL. |
| 18-1435 | MINARD, MATTHEW W. V. CRUISE-GULYAS, DEBRA L. |
| 18-1437 | WINSTON & STRAWN LLP V. RAMOS, CONSTANCE, ET AL. |
| 18-1439 | PATEL, SHANKER V. CALIFORNIA |
| 18-1440 | HOGEN, MARBY, ET AL. V. HOGEN, STEVEN C., ET AL. |
| 18-1441 | PRESBYTERIAN CHURCH V. EDWARDS, JUDGE, ET AL. |
| 18-1442 | REEMA CONSULTING SERVICES, INC. V. PARKER, EVANGELINE J. |
| 18-1443 | YOUNG, NICHOLAS V. UNITED STATES |
| 18-1444 | SOTO NIEVES, WILSON J., ET AL. V. DEPT. OF FAMILY, ET AL. |
| 18-1445 | SEEBERGER, THERESA V. DAVENPORT CIVIL RIGHTS, ET AL. |
| 18-1448 | GLASSWALL SOLUTIONS, ET AL. V. CLEARSWIFT LTD. |
| 18-1449 | HARVEY, HAROLD L. V. FLORIDA |
| 18-1450 | SEQUEIRA, HORACIO V. GATE SAFE, INC., ET AL. |
| 18-1452 | PEREZ, JOSE A. V. PHYSICIAN ASST. BD., ET AL. |
| 18-1456 | MAULDIN, WILLIAM V. ALLSTATE INSURANCE CO., ET AL. |
| 18-1457 | MAY, JOSEPH A. V. UNITED STATES, ET AL. |
| 18-1458 | VERNIER, CHARLES J. V. GALLEGOS, DEBRA |
| 18-1459 | ANYOSA, CARLOS A. V. BARR, ATT'Y GEN. |
| 18-1461 | DELEBREAU, DAWN M. V. DANFORTH, CRISTINA, ET AL. |

| | |
|---|---|
| 18-1462 | ROZANOVA, NADEJDA, ET VIR V. URIBE, RAFAEL S. |
| 18-1465 | COUNTY OF SAN DIEGO, CA V. MANN, MARK, ET AL. |
| 18-1466 | COUNTY OF SONOMA, CA, ET AL. V. SANDOVAL, RAFAEL M., ET AL. |
| 18-1470 | FEEHAN, JIM V. MARCONE, RICK, ET AL. |
| 18-1471 | HALL, CHRISTOPHER V. SEC |
| 18-1473 | RIVAS, ZELMA V. NY STATE LOTTERY |
| 18-1474 | SUNOCO, INC. V. UNITED STATES |
| 18-1476 | CARNEY, RANDY L. V. UNITED STATES |
| 18-1479 | STINSON, JASON P. V. UNITED STATES |
| 18-1480 | CAISSIE, JASON V. MISSISSIPPI |
| 18-1481 | STROHMEYER, ERIC S. V. SURFACE TRANSPORTATION, ET AL. |
| 18-1482 | CUNNINGHAM, SEMYYA L. V. UNITED STATES |
| 18-1484 | ZIMMER BIOMET HOLDINGS, ET AL. V. USDC ND CA, ET AL. |
| 18-1485 | KANSLER, MICHAEL, ET UX. V. MISSISSIPPI DEPT. OF REVENUE |
| 18-1486 | MARSHALL, ZACHARIAH J. V. INDIANA |
| 18-1487 | MERCER COUNTY BD. OF ED., ET AL. V. DEAL, ELIZABETH, ET AL. |
| 18-1488 | CAMMALLERI, JOHN S. V. FLORIDA |
| 18-1489 | CAFFEY, CURTLAND H., ET AL. V. BOWERS, CHAPTER 7 TRUSTEE |
| 18-1491 | NGUYEN, KAITLYN V. UNITED STATES |
| 18-1492 | MILLER, KATHERINE V. INSLEE, GOV. OF WA, ET AL. |
| 18-1493 | MONTROIS, BRITTANY, ET AL. V. UNITED STATES |
| 18-1494 | BEEMAN, MICHAEL S. V. UNITED STATES |
| 18-1495 | STIRLING, DIR., SC DOC, ET AL. V. WILLIAMS, CHARLES C. |
| 18-1499 | KAUSHAL, UMESH V. INDIANA |
| 18-1502 | BURMASTER, BRIAN M. V. ELI LILLY AND CO. |
| 18-1504 | GILES, BRUCE V. GODINEZ, SALVADOR A., ET AL. |
| 18-1505 | C. S. V. L. S. |
| 18-1507 | ZAMBRANO, AUGUSTIN V. UNITED STATES |