IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BRETT HENDRICKSON,

    Plaintiff,

v.

    No. 18-CV-01119-RB-LF

AFSCME COUNCIL 18; MICHELLE LUJAN
GRISHAM, in her official capacity as
Governor of New Mexico; and HECTOR
BALDERAS, in his official capacity as Attorney
General of New Mexico,

    Defendants.

# NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF UNION DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 7.8, Defendant AFSCME Council 18 advises the Court of the recent decisions granting summary judgment to the union defendant in *Oliver v. SEIU Local 668*, __ F.Supp.3d __, 2019 WL 5964778 ("*Oliver I*") (Ex. A), and to the government defendants in 2019 WL 5963226 ("*Oliver II*") (Ex. B), on grounds equally applicable to this case. These decisions support all of Defendant's arguments here.

The court held that the plaintiff's prospective claims for relief are moot because she is no longer a union member, and no longer affected by those policies. *Oliver I*, 2019 WL 5964778, at

*7; *Oliver II*, 2019 WL5963226, at *3-4.  *See* Defendant's arguments at Dkt. 32, p.8; Dkt. 39, pp.4-6; Dkt. 45, p.2.

*Oliver I* also supports Defendant's arguments because it holds that the plaintiff's agreement to pay dues in exchange for union membership did not violate the First Amendment. 2019 WL 5964778, at *2-3.  The court found that her membership agreement was a voluntary contract, that her right to refuse union membership was "established long before *Janus*," and that "a subsequent change in the law" does not alter her bargain.  *Id.*; *see also id.* at *3 ("[F]ederal courts have been unanimous in rejecting claims brought by former union members seeking to rescind membership retroactively.").  *See* Defendant's arguments at Dkt. 32, pp.11-15; Dkt. 39, pp.6-16; Dkt. 45, pp.3-5.

The court also holds that the government's "strictly ministerial" "role" in deducting employees' authorized union dues does not establish the requisite state action to support a 42 U.S.C. §1983 claim.  *Oliver I*, 2019 WL 5964778, at *4-6.  Alternatively, it holds that the union had a defense based on its good-faith reliance on then-existing law.  *Id.* at *7.  *See* Defendant's arguments at Dkt. 32, pp.17-20; Dkt. 39, pp.16-18; Dkt. 45, pp.8-10.

*Oliver II* holds that exclusive representation collective bargaining is constitutional under the binding Supreme Court precedent of *Minnesota State Board for Community Colleges v. Knight*, 461 U.S. 271 (1984), and that "*Janus* reaffirms rather than undermines *Knight*."  2019 WL 5963226, at *5.  *See* Defendant's arguments at Dkt. 32, pp.20-25; Dkt. 39, pp.19-21; Dkt. 45, pp.10-12.

Dated: November 22, 2019                    Respectfully submitted,

2

*/s/ Eileen B. Goldsmith*

Scott Kronland (*pro hac vice*)
skronland@altshulerberzon.com
Eileen B. Goldsmith (*pro hac vice*)
egoldsmith@altshulerberzon.com
Stefanie L. Wilson (*pro hac vice*)
ALTSHULER BERZON LLP
177 Post Street Suite 300
San Francisco, CA 94108
(415) 421-7151

Shane C. Youtz
shane@youtzvaldez.com
Stephen Curtice
stephen@youtzvaldez.com
James A. Montalbano
james@youtzvaldez.com
YOUTZ & VALDEZ, P.C.
900 Gold Avenue S.W.
Albuquerque, NM 87102
(505) 244-1200

*Attorneys for Defendant AFSCME Council 18*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing pleading was electronically filed and served through the CM/ECF system this 22nd day of November, 2019, on all registered parties.

Brian K. Kelsey
Reilly Stephens
Liberty Justice Center
190 South LaSalle Street, Suite 1500
Chicago, Illinois 60603
bkelsey@libertyjusticecenter.org
rstephens@libertyjusticecenter.org

Patrick J. Rogers
Patrick J. Rogers, LLC
20 First Plaza, Suite 725
Albuquerque, NM 87102
patrogers@patrogerslaw.com

*Attorneys for Plaintiff Brett Hendrickson*

Lawrence M. Marcus
Alfred A. Park
Park & Associates, LLC
3840 Masthead Street, N.E.
Albuquerque, NM 87109
lmarcus@parklawnm.com
apark@parklawnm.com

*Attorneys for Defendants Michelle Lujan Grisham and Hector Balderas*

                                                     */s/ Eileen B. Goldsmith*
                                                      Eileen B. Goldsmith